*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Thomas W. Tripler ) Case No. 24–14483–pmm
)
)
    Patricia M. Tripler ) Chapter: 13
)
    Debtor(s). )

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 01/06/2025, this case is hereby DISMISSED.

*[signature: Patricia M. Mayer]*

**Date: January 15, 2025**

Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Means Test Calculation 122C–2
Plan
Schedules A
Schedules B
Schedules C
Schedules D
Schedules E
Schedules F
Schedules G
Schedules H
Schedules I
Schedules J
Statement of Current Monthly Income (122C–1)
Statement of Financial Affairs
Summary of Assets and Liabilities