United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14483-pmm |
| Thomas W. Tripler | Chapter 13 |
| Patricia M. Tripler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Thomas W. Tripler, Patricia M. Tripler, 601 Willowbrook Rd, Havertown, PA 19083-4433 |
| cr | + | Deutsche Bank National Trust Company, as Trustee F, 11625 N. Community House Rd, Charlotte, NC 28277-1581 |
| 14963430 | + | Deutsche Bank National Trust Company, c/o MATTHEW K. FISSEL, Brock & Scott PLLC, 302 Fellowship Road, Suite 130 Mt Laurel Township, NJ 08054-1218 |
| 14960801 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |
| 14960803 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14962828 | + | Wells Fargo Bank, N.A., 11625 N. Community House Rd, Charlotte, North Carolina 28277-1581 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 16 2025 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2025 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14960781 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 16 2025 00:22:15 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14960782 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 16 2025 00:16:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14960783 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2025 00:34:57 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14960784 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2025 00:16:00 | Comenity/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14960785 | + | Email/Text: bankruptcynotices@current.com | Jan 16 2025 00:16:00 | Current, Attn: Bankruptcy Attn: Bankruptcy, 217 Centre St #180 ,, New York, NY 10013-3624 |
| 14960789 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2025 00:36:31 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14962827 | + | Email/Text: EBN@brockandscott.com | Jan 16 2025 00:16:00 | Deutsche Bank National Trust Company ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14960786 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2025 00:16:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14960787 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 16 2025 00:36:32 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14960788 | | Email/Text: PBNCNotifications@peritusservices.com | | |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jan 16 2025 00:16:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14960790 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 16 2025 00:23:55 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14960791 | | Email/Text: bnc@nordstrom.com | Jan 16 2025 00:16:43 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14960792 | | Email/Text: fesbank@attorneygeneral.gov | Jan 16 2025 00:16:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14960793 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2025 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14960794 | ^ | MEBN | Jan 16 2025 00:12:30 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14960795 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 16 2025 00:22:11 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14960797 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2025 00:35:43 | Syncb/Toys R Us, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14960798 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2025 00:23:51 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 14960796 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2025 00:23:53 | Syncb/jcrew, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14960799 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2025 00:35:49 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14960800 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2025 00:22:44 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14960802 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 16 2025 00:17:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14960804 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2025 00:35:26 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14967948 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 16 2025 00:22:10 | Wells Fargo Bank, N.A., Atty: BK Dept., MAC# N9286-01Y, Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14960805 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 16 2025 00:50:43 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 33 |

Date: Jan 17, 2025            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Deutsche Bank National Trust Company as Trustee For Fremont Home loan Trust 2006-1, Asset-Backed Ce wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Patricia M. Tripler help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Thomas W. Tripler help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    Thomas W. Tripler                     Case No. 24−14483−pmm

    Patricia M. Tripler                     Chapter: 13

    Debtor(s).

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 01/06/2025, this case is hereby DISMISSED.

**Date: January 15, 2025**

_____  
Patricia M. Mayer  
Judge, United States Bankruptcy Court

Missing Documents:  
Means Test Calculation 122C−2  
Plan  
Schedules A  
Schedules B  
Schedules C  
Schedules D  
Schedules E  
Schedules F  
Schedules G  
Schedules H  
Schedules I  
Schedules J  
Statement of Current Monthly Income (122C−1)  
Statement of Financial Affairs  
Summary of Assets and Liabilities